AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS FLORER

      PLAINTIFF,

v.

JEFF UTTECHT, ET. AL.,

      DEFENDANTS.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-190-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED PLAINTIFF'S MOTION (CT. REC. 8) IS GRANTED AND THE COMPLAINT IS DISMISSED WITHOUT PREJUDICE.

August 4, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry